# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

WESTERN ORGANIZATION OF )
RESOURCE COUNCILS, FRIENDS )
OF THE EARTH, )
                     )
             *Plaintiffs,* )     **Case No. 1:14-cv-1993-RBW**
                     )
          v. )
                     )     **PROOF OF SERVICE**
SALLY JEWELL, in her capacity as )
Secretary of the Interior, )
DEPARTMENT OF THE INTERIOR, )
NEIL KORNZE, in his capacity as )
Director, Bureau of Land Management, )
BUREAU OF LAND )
MANAGEMENT, )
                     )
             *Defendants.* )
_____ )

       Pursuant to Federal Rule of Civil Procedure 4(*l*), I hereby certify that service of the

Complaint, ECF Doc. No. 1, and Summonses, ECF Doc. No. 3, in the above-captioned case has

taken place in the following manner:

       1.      Defendants Sally Jewell and the Department of the Interior were served via

certified mail, return receipt requested, on November 25, 2014 (receipt number 7013-3020-0000-

7252-1715).  Her office received the documents on December 2, 2014.

       2.      Defendants Neil Kornze and the Bureau of Land Management were served via

certified mail, return receipt requested, on November 25, 2014 (receipt number 7013-3020-0000-

7252-1708).  His office received the documents on December 2, 2014.

3.      The Attorney General of the United States was served via certified mail, return

receipt requested, on November 25, 2014 (receipt number 7013-3020-0000-7252-1692).  His

office received the documents on December 1, 2014.

4.      The United States Attorney for the District of Columbia was served via certified

mail, return receipt requested, on November 25, 2014 (receipt number 7013-3020-0000-7252-

1722).  His office received the documents on December 1, 2014.


Receipts verifying these statements are attached as Exhibit A.


Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

and correct.


Dated: December 8, 2014

                                        Respectfully submitted,

                                        /s/ John H. Bernetich
                                        Richard E. Ayres (D.C. Bar No. 212621)
                                        Jessica L. Olson (D.C. Bar No. 497560)
                                        John H. Bernetich (DC Bar No. 1018769)
                                        AYRES LAW GROUP LLP
                                        1707 L Street NW, Suite 850
                                        Washington, DC 20036
                                        T: (202) 452-9200 / F: (202) 872-7739
                                        bernetichj@ayreslawgroup.com

                                        *Counsel for Plaintiffs*

# Exhibit A

Western Organization of Resource Councils v. Jewell
Case No. 1:14-cv-1993

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Sally Jewell
Secretary, Dept. of
Interior
1849 C St. NW
Washington, DC 20240

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee
B. Received by (Printed Name)  C. Date of Delivery
A. Knight  12-2-14

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail®  ☐ Priority Mail Express™
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)
7013 3020 0000 7252 1715

PS Form 3811, July 2013  Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ $3.29 |
| Certified Fee | $3.30 |
| Return Receipt Fee (Endorsement Required) | $2.70 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $9.29 |

7013 3020 0000 7252 1708

Sent To Dir. Neil Kornze Bureau of Land Mgmt
Street, Apt. No.; or PO Box No. 1849 C St. NW
City, State, ZIP+4 Washington, DC 20240

PS Form 3800, August 2006  See Reverse for Instructions

WASHINGTON SQUARE
NOV 25 2014
WDC 20035 USPS

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Dir. Neil Kornze
Bureau of Land Mgmt
1849 C St. NW
Washington, DC 20240

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee
B. Received by (Printed Name)  C. Date of Delivery
C. Richardson  12-2-14

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail®  ☐ Priority Mail Express™
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)
7013 3020 0000 7252 1708

PS Form 3811, July 2013  Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ $3.29 |
| Certified Fee | $3.30 |
| Return Receipt Fee (Endorsement Required) | $2.70 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $9.29 |

7013 3020 0000 7252 1715

Sent To Secretary Sally Jewell Dept. of Interior
Street, Apt. No.; or PO Box No. 1849 C St NW
City, State, ZIP+4 Washington, DC 20240

PS Form 3800, August 2006  See Reverse for Instructions

WASHINGTON SQUARE
NOV 25 2014
WDC 20035 USPS

**Top Left — U.S. Postal Service CERTIFIED MAIL RECEIPT**

7013 3020 0000 7252 1722

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ $3.08 |
| Certified Fee | $3.30 |
| Return Receipt Fee (Endorsement Required) | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $6.78 |

Postmark: NOV 25 2014 WASHINGTON SQUARE WDC 20035 USPS 11/25/2014

Sent To: Civil Process Clerk, US Attorney's Office
Street, Apt. No.; or PO Box No. 555 4th St NW
City, State, ZIP+4 Washington, DC 20530

PS Form 3800, August 2006          See Reverse for Instructions

**Top Right — U.S. Postal Service CERTIFIED MAIL RECEIPT**

7013 3020 0000 7252 1692

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20535

OFFICIAL USE

| | |
|---|---|
| Postage | $ $3.29 |
| Certified Fee | $3.30 |
| Return Receipt Fee (Endorsement Required) | $2.70 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $9.29 |

Postmark: NOV 25 2014 WASHINGTON SQUARE WDC 20035 USPS

Sent To: Eric Holder, US Attorney General
Street, Apt. No.; or PO Box No. 950 Pennsylvania Ave
City, State, ZIP+4 Washington, DC 20530-0001

PS Form 3800, August 2006          See Reverse for Instructions

**Bottom Left — PS Form 3811 Return Receipt**

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Civil Process Clerk
U.S. Attorney's Office
555 4th St. NW
Washington, DC 20530

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery
DEC 01 2014

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Certified Mail®   ☐ Priority Mail Express™
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7013 3020 0000 7252 1722

PS Form 3811, July 2013          Domestic Return Receipt

**Bottom Right — PS Form 3811 Return Receipt**

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Eric Holder
U.S. Attorney General
950 Pennsylvania Ave
Washington, DC 20530-0001

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery
DEC 01 2014

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Certified Mail®   ☐ Priority Mail Express™
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7013 3020 0000 7252 1692

PS Form 3811, July 2013          Domestic Return Receipt

```
                WASHINGTON SQUARE PO
         WASHINGTON, District of Columbia
                     200365303
                  1050050291 -0099
 11/25/2014    (202)842-1211    01:56:11 PM

 ————————————   Sales Receipt   ————————————
 Product            Sale  Unit        Final
 Description        Qty   Price       Price

 WASHINGTON DC 20240 Zone-1           $3.29
 First-Class Mail Large Env
 11.10 oz.
  Expected Delivery: Wed 11/26/14
  Return Rcpt (Green Card)            $2.70
  @@ Certified                        $3.30
  USPS Certified Mail #:
  70133020000072521715
                                    ========
 Issue Postage:                       $9.29

 WASHINGTON DC 20530 Zone-1           $3.29
 First-Class Mail Large Env
 11.10 oz.
  Expected Delivery: Wed 11/26/14
  Return Rcpt (Green Card)            $2.70
  @@ Certified                        $3.30
  USPS Certified Mail #:
  70133020000072521692
                                    ========
 Issue Postage:                       $9.29

 WASHINGTON DC 20530 Zone-1           $3.29
 First-Class Mail Large Env
 11.10 oz.
  Expected Delivery: Wed 11/26/14
  Return Rcpt (Green Card)            $2.70
  @@ Certified                        $3.30
  USPS Certified Mail #:
  70133020000072521722
                                    ========
 Issue Postage:                       $9.29


 WASHINGTON DC 20240 Zone-1           $3.29
 First-Class Mail Large Env
 11.10 oz.
  Expected Delivery: Wed 11/26/14
  Return Rcpt (Green Card)            $2.70
  @@ Certified                        $3.30
  USPS Certified Mail #:
  70133020000072521708
                                    ========
 Issue Postage:                       $9.29


 Total:                              $37.16

 Paid by:
 VISA                                $37.16
   Account #:       XXXXXXXXXXXX8168
   Approval #:      06265G
   Transaction #:   832
 23 902892082
```