Paul M. Seby

Special Assistant Attorney General

Holland & Hart, LLP

555 Seventeenth Street, Suite 3200

Denver, CO 80202-3979

Phone:  (303) 295-8430

Fax:  (303) 291-9177

pmseby@hollandhart.com

*Attorney for Proposed Intervenor – Defendant*

*State of North Dakota*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WESTERN ORGANIZATION OF RESOURCE COUNCILS and FRIENDS OF THE EARTH, | ) ) ) ) | |
| *Plaintiffs*, | ) ) | Case No. 1:14-cv-01993-RBW |
| v. | ) ) | |
| SALLY JEWELL, in her capacity as Secretary of the Interior, DEPARTMENT OF THE INTERIOR, NEIL KORNZE, in his capacity as Director, Bureau of Land Management, BUREAU OF LAND MANAGEMENT, | ) ) ) ) ) ) | |
| *Defendants*. | ) ) ) | |

### STATE OF NORTH DAKOTA'S MOTION TO DISMISS

The State of North Dakota moves this Court to dismiss Plaintiffs' Complaint

pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim

upon which relief may be granted.  The State of North Dakota has submitted a

memorandum of law in support of this motion and a proposed order.  As explained

in the memorandum, the State of North Dakota respectfully requests that the Court

grant the motion and dismiss the Complaint with prejudice.


Respectfully submitted this 19th day of February, 2015.


/s/ *Paul M. Seby*
Paul M. Seby (Colo. State Bar No. 27487)
Special Assistant Attorney General
Holland & Hart, LLP
555 Seventeenth Street, Suite 3200
Denver, CO 80202-3979
Phone:  (303) 295-8430
Fax:  (303) 291-9177
pmseby@hollandhart.com

Lauren R. Caplan (D.C. Bar No. 1009499)
Special Assistant Attorney General
Holland & Hart, LLP
975 F Street NW, Suite 900
Washington, D.C. 20004
Phone:  (202) 654-6919
Fax:  (202) 747-6520
lrcaplan@hollandhart.com

**ATTORNEYS FOR PROPOSED**
**DEFENDANT-INTERVENOR**
**STATE OF NORTH DAKOTA**